UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____

|  |  |
|---|---|
| JOHN ALSTON, | |
| Plaintiff, | **ORDER AUTHORIZING DEPOSITION OF INCARCERATED INDIVIDUAL** |
| v. | |
| SUSAN MUELLER, YELENA KOROBKOVA, ALBERT ACRISH AND KATHRYN INFANTINO | |
| Defendants. | **23-CV-3290** |

_____

Pursuant to Federal Rule of Civil Procedure 30(a)(2)(B), it is hereby ORDERED that an attorney with the law firm of Conway, Donovan & Manley, PLLC, may take the deposition of JOHN ALSTON, DIN No. 96A0535, either in person or by videoconference before a notary public, or some other officer authorized to administer oaths by the laws of the United States or of the State of New York, at any New York State Correctional Facility, upon notice to the Plaintiff and the Superintendent of the Correctional Facility where he is then located.

Plaintiff is advised that if he fails to attend and complete his own deposition, the Court may impose sanctions pursuant to Fed. R. Civ. P. 37(d), which may include an order dismissing this action.

Dated: _____June 28_____, 2024

                            **SO ORDERED:**

                            _____
                            HON. LORETTA A. PRESKA
                            UNITED STATES DISTRICT JUDGE