UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KHALAIRE ALLAH,<br><br>               Plaintiff,<br><br>-against-<br><br>DAVID S. DINELLO, et al.,<br><br>               Defendants. | No. 23-CV-3286 (LAP)<br><br>ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

    Before the Court are counsels' letters with respect to Defendants' request for a sixty-day extension of the current discovery deadlines in the above-captioned case and in the related cases listed below (the "Tranche I Cases"). (See dkt. nos. 153-156.)

    The Court will grant the parties an extension of discovery in the following six Tranche I Cases: Alston v. Mueller, 23-cv-3290; Miller v. Hammer, 23-cv-3462; Ortiz v. Dinello, 23-cv-3547; Perez v. Dinello, 23-cv-3300; Rivera v. Hammer, 23-cv-3700; and Rosado v. Mueller, 23-cv-3718. For the aforementioned six cases, the Court hereby adopts the following schedule:

    December 23, 2024:   Close of Paper Discovery

    January 24, 2025:    Exchange of Expert Reports

    March 17, 2025:     Exchange of Rebuttal Reports

    May 13, 2025:       End of Expert Depositions

    July 11, 2025:      Filing of Dispositive Motions

For the remaining Tranche I Cases, Defendants' request for an extension is denied, with the exception of the outstanding depositions to which the parties have agreed and any discussion of deficiencies.

The Clerk of the Court shall also docket this order in each of the following cases listed below.

- Alston v. Mueller, 23-cv-3290.
- Bernard v. Dinello, 23-cv-3323.
- Crichlow v. Dinello, 23-cv-3386.
- Dunbar v. Hammer, 23-cv-3391.
- Feola v. Mueller, 23-cv-3393.
- Frateschi v. Hammer, 23-cv-3394.
- Hale v. Mueller, 23-cv-3396.
- Jacks v. Mueller, 23-cv-3288.
- Jacobs v. Mueller, 23-cv-3606.
- Locenitt v. Dinello, 23-cv-3399.
- Miller v. Hammer, 23-cv-3462.
- Oleman v. Hammer, 23-cv-3607.
- Ortiz v. Dinello, 23-cv-3547.
- Perez v. Dinello, 23-cv-3300.
- Reyes v. Dinello, 23-cv-3315.
- Rivera v. Hammer, 23-cv-3700.

- <u>Rosado v. Mueller</u>, 23-cv-3718.
- <u>Van Guilder v. Mueller</u>, 23-cv-3398.
- <u>Wilkerson v. Hammer</u>, 23-cv-3397.
- <u>Williams v. Dinello</u>, 23-cv-3608.

**SO ORDERED.**

Dated:   October 24, 2024
         New York, New York

_____
LORETTA A. PRESKA
Senior United States District Judge