# Law Office of Amy Jane Agnew, P.C.

Honorable Loretta A. Preska  
Senior Justice, United States District Court  
Southern District of New York  
500 Pearl Street  
New York, New York 10007

August 26, 2025

**VIA ECF**

**Re:** Deadlines – Remaining <u>Allen I</u> Related Cases

<u>Alston v. Mueller</u>, 23-cv-3290   <u>Miller v. Hammer</u>, 23-cv-3462  
<u>Rivera v. Hammer</u>, 23-cv-3700   <u>Rosado v. Mueller</u>, 23-cv-3718  
<u>Perez v. Dinello</u>, 23-cv-3300    <u>Wilkerson v. Hammer</u>, 23-cv-3397

Dear Judge Preska:

As the Court is aware, the parties in the <u>Allen I</u> related cases have been plugging away at settlements and summary judgment briefing. The opposition papers for Groups 2&3 will be submitted next week.

The parties respectfully request some small amendments to the current deadlines and grouping of the Tranche I, Group 4 cases. The parties write to request extensions as follows:

**Tranche I, Group 4**

1) <u>Alston v. Acrish, et al.</u>, 23-cv-3290;

2) <u>Miller v. Hammer, et al.</u>, 23-cv-3462;

3) <u>Perez v. Salotti, et al.</u>, 23-cv-3300;

4) <u>Rivera v. Gusman, et al.</u>, 23-cv-3700;

5) <u>Rosado v. Lee</u>, 23-cv-3718;

**Opposition Papers:**   **October 9, 2025**

**Reply Papers:**        **November 13, 2025**

The parties also propose segregating the <u>Wilkerson v. Bentivegna, et al.</u>, 23-cv-3397 case from the Group 4 briefing as Defendants' counsel on that case has submitted extensive briefing well beyond that presented in the other cases. That case also involves experts on both sides and cannot be easily included in an omnibus brief for Group 4. The parties respectfully request the following adjusted briefing schedule:

<u>Wilkerson v. Bentivegna, et al.</u>, 23-cv-3397

**Opposition Papers:**   October 24, 2025

**Reply Papers:**   December 12, 2025

As always, we thank the Court for its continuing courtesy.

Very truly yours,

*/s/ AJ Agnew*

Amy Jane Agnew, Esq.
*Counsel to Plaintiffs*

```
The parties' request for extensions in Group 4
of the Tranche I cases and to adjust the
briefing schedule in Wilkerson v Bentivegna,
et. al, 23-cv-3397 is GRANTED.

The Clerk of the Court shall docket this order
in each of the six above-captioned actions and
close the docket numbers corresponding with
Plaintiffs' letter request.

SO ORDERED.

Dated: August 27, 2025
```

_____
LORETTA A. PRESKA, U.S.D.J.