# Law Office of Amy Jane Agnew, P.C.

Honorable Loretta A. Preska
Senior Justice, United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

October 9, 2025

**VIA ECF**

Re:   Extension – <u>Allen I</u> – Related Cases, Group 4

| | |
|---|---|
| <u>Batista-Cruz v. Hammer</u>, 23-cv-3315 | <u>Alston v. Mueller, et al.</u>, 23-cv-3290 |
| <u>Miller v. Hammer, et al.</u>, 23-cv-3462 | <u>Perez v. Salotti, et al.</u>, 23-cv-3300 |
| <u>Rivera v. Gusman, et al.</u>, 23-cv-3700 | <u>Rosado v. Lee</u>, 23-cv-3718 |

Dear Judge Preska:

    With the consent of Defendants' counsel, I write on behalf of Plaintiffs to respectfully request extensions to Plaintiffs time to oppose the summary judgment motions pending in <u>Batista-Cruz</u> as well as the Allen-I related Group 4 cases listed above.

**<u>Batista-Cruz v. Hammer, et al</u>., 23-cv-3315**

Plaintiff's Opposition:   Monday, October 13, 2025

Defendants' Replies:      Friday, December 5, 2025

**<u>Allen I – Related Group 4 Cases</u>:**

**<u>Alston v. Mueller, et al.</u>, 23-cv-3290; <u>Miller v. Hammer, et al.</u>, 23-cv-3462; <u>Perez v. Salotti, et al.</u>, 23-cv-3300; <u>Rivera v. Gusman, et al.</u>, 23-cv-3700; <u>Rosado v. Lee</u>, 23-cv-3718**

Plaintiffs' Oppositions:   Friday, November 7, 2025

Defendants' Replies:       Friday, January 23, 2025

Group 4 Plaintiffs also respectfully respect permission to file an overlength brief not to exceed 65-pages for the omnibus brief.

---

Very truly yours,

*/s/ AJ Agnew*

Amy Jane Agnew, Esq.
*Counsel to Plaintiffs*

Plaintiffs' request for extensions to oppose the summary judgment motions in the cases listed above and to file an overlength brief on behalf of Group 4 Plaintiffs is GRANTED.  The Clerk of the Court shall docket this order in each of the above-captioned cases and close the open docket numbers that correspond with Plaintiffs' letter motions.

**SO ORDERED.**

Dated: October 10, 2025

_____
LORETTA A. PRESKA, U.S.D.J.