# Law Office of Amy Jane Agnew, P.C.

Honorable Loretta A. Preska
Senior Justice, United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

November 7, 2025

**VIA ECF**

Re:   Amended: Extension – **Allen I** – Related Cases, Group 4

| | |
|---|---|
| Alston v. Mueller, et al., 23-cv-3290 | Rivera v. Gusman, et al., 23-cv-3700 |
| Miller v. Hammer, et al., 23-cv-3462 | Rosado v. Lee, 23-cv-3718 |
| Perez v. Salotti, et al., 23-cv-3300 | |

Dear Judge Preska:

Please find below our amended request for an extension which provides Defendants until January 23, 2026 to file their replies.

With the consent of Defendants' counsel, I write on behalf of Plaintiffs to respectfully request extensions to Plaintiffs' time to oppose the summary judgment motions pending in the Allen-I related Group 4 cases listed above.

**Allen I – Related Group 4 Cases:**

**Miller v. Hammer, et al., 23-cv-3462; Perez v. Salotti, et al., 23-cv-3300**

Plaintiffs' Oppositions:   Friday, November 28, 2025

Defendants' Replies:   Friday, January 23, 2026

**Alston v. Mueller, et al., 23-cv-3290; Rivera v. Gusman, et al., 23-cv-3700; Rosado v. Lee, 23-cv-3718**

Plaintiffs' Oppositions:   Friday, December 5, 2025

Defendants' Replies:   Friday, January 23, 2026

Sincerely,

*/s/ Kirsten Peters*

---

Kirsten Peters, Esq.
*Counsel to Plaintiffs*

```
The request to amend the briefing schedule, as set
forth above, in the five above-captioned cases, is
GRANTED.  The Clerk of the Court shall close docket
numbers:

- 142 and 143 in 23-cv-3290;
- 160 and 161 in 23-cv-3300;
- 120 and 121 in 23-cv-3462;
- 145 and 146 in 23-cv-3700; and
- 180 and 181 in 23-cv-3718.

In addition, the Clerk of the Court shall docket this
order in the above-captioned cases.  SO ORDERED.
```

_____
Loretta. A Preska, U.S.D.J.
November 7, 2025