# LAW OFFICE OF AMY JANE AGNEW, P.C.

Honorable Loretta A. Preska
Senior Justice, United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

November 30, 2025

**VIA ECF**

**Re:    Extension – Allen I – Related Cases, Group 4**

Miller v. Hammer, et al., 23-cv-3462          Alston v. Mueller, et al., 23-cv-3290
Rivera v. Gusman, et al., 23-cv-3700          Perez v. Salotti, et al., 23-cv-3300
                                              Rosado v. Lee, 23-cv-3718

Dear Judge Preska:

I write on behalf of Plaintiffs to respectfully request brief extensions to Plaintiffs' time to oppose the summary judgment motions pending in the Allen I related Group 4 cases listed above. With the permission of Defendants' counsel we had hoped to file Alston, Miller and Perez tomorrow which is still my goal. However, our office found out late on Friday that our client, Kenneth Windley, was transported from Adirondack Correctional Facility to Brooklyn to meet with the Brooklyn DA's wrongful conviction unit team tomorrow morning. We have been working on Mr. Windley's wrongful conviction for some time and must appear with him. This may delay my filing of the final brief by one day and I do apologize. In an abundance of caution, I respectfully request until Tuesday, December 2, 2025 to file the brief.

We will be filing the Alston, Miller and Perez oppositions as one omnibus brief and respectfully request permission to file the final opposition for Mr. Rosado's case by December 15, 2025. We hustled to get Miller and Perez filed to accommodate a leave being taken by counsel on those cases but could not get all four done on the same timeline.

Finally, the Rivera v. Gusman case is trial ready. On July 11, 2025 Defendants' counsel filed a motion for summary judgment on behalf of Dr. Thompson. On October 31, 2025, this office filed a stipulation of voluntary

---

*New York Office*          (973) 600-1724          aj@ajagnew.com          *New Jersey Office*
24 Fifth Avenue, Suite 1701                                                36 Page Hill Road
New York, NY 10011                                                         Far Hills, NJ 07931

dismissal as to Dr. Thompson. (Dkt. No. 144.) When the Court signs off on the voluntary dismissal, the case will be trial ready as to the remaining defendants. We would be grateful for a trial date in early summer at the Court's convenience so we can get potential settlement negotiations underway.

Based on the above, we respectfully request the Court adopt the following calendar:

**Alston v. Mueller, et al., 23-cv-3290; Miller v. Hammer, et al., 23-cv-3462; Perez v. Salotti, et al., 23-cv-3300**

Plaintiffs' Oppositions:    Tuesday, December 2, 2025

Defendants' Replies:      Friday, January 23, ~~2025~~ 2026

**Rosado v. Lee, 23-cv-3718**

Plaintiffs' Opposition: Monday December 15, 2025

Defendants' Opposition: TBD by Defendants' counsel

Plaintiffs Alston, Miller and Perez also respectfully respect permission to file an overlength brief not to exceed 65-pages for the omnibus brief.

We are, as always, grateful for the Court's courtesy and hope that all members of Chambers enjoyed the holiday.

Very truly yours,

*/s/ AJ Agnew*

Amy Jane Agnew, Esq.
*Counsel to Plaintiffs*

SO ORDERED

*Loretta A Preska*

UNITED STATES DISTRICT JUDGE

12/1/25